AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
~~U.S. DISTRICT COURT~~
**EASTERN DISTRICT OF TEXAS**

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF TEXAS

OCT 25 2018

BY
DEPUTY _____

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  9:18MJ143 |
| | ) | |
| Alexander Nathan Barter | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 9, 2018 - October 19, 2018  in the county of _____Shelby_____ in the
____Eastern____ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(a) | Attempted Coercion and Enticement |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Derwin M. Dossett, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____10/25/2018____

_____
*Judge's signature*

City and state:   _____Beaumont, Texas_____

Honorable Keith F. Giblin
*Printed name and title*