IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.    § | No. 9:18-MJ-143 |
| § | (Judge Keith F. Giblin) |
| ALEXANDER NATHAN BARTER § | |

## **NOTICE OF PENALTY**

### **Count One**

Violation:  18 U.S.C. § 2422(b)

Penalty:  Imprisonment for not more than twenty years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00