IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 14 2018

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 9:18CR42 |
| | § | Judge RC/KFG |
| ALEXANDER NATHAN BARTER | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 2422(a)
(Attempted Coercion and Enticement)

Between on or about October 9, 2018, and on or about October 19, 2018, in the Eastern District of Texas, and elsewhere, **Alexander Nathan Barter**, defendant, did knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice, and coerce, any individual to travel in interstate commerce to engage in prostitution and any sexual activity for which any person could be charged with an offense. Specifically, **Alexander Nathan Barter**, did knowingly attempt to persuade, induce, entice, and coerce an individual known to the Grand Jury to travel in interstate commerce with a minor less than 18 years old to engage in sexual conduct in violation of Texas Penal Law Section 22.021.

In violation of 18 U.S.C. § 2422(a).

## Count Two

Violation: 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography)

On or about October 19, 2018, in the Eastern District of Texas, **Alexander Nathan Barter**, defendant, did knowingly possess material, namely, an RCA tablet computer, bearing FCCID #ACHRCT6873W containing a 32GB micro SD card, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. Included among the images that the defendant, **Alexander Nathan Barter**, possessed were the following:

| FILE NAME | DESCRIPTION |
|---|---|
| 3yo_boy.avi | This 56-second video depicts a prepubescent male lying on his stomach on a bed while an adult male penetrates the prepubescent male's anus with his erect penis. |
| 3YoLeahWatchesMomFuck ThenForcedToSitOnCock_ OriginalwSound_.wmv | This 57-second video depicts an adult male lying on his back and engaging in vaginal intercourse with an adult female. The adult female moves and places a prepubescent female on top of the adult male, whose erect penis penetrates the genitals of the prepubescent female. |
| 2011 7yo Elly – SUCK AND CUM IN MOUTH (sound 2013 by DRTMNDSK)).avi | This 1-minute, 9-second video depicts a prepubescent female positioned before an adult male and performing oral sex on his erect penis. |

| | |
|---|---|
| 9yo Jenny nude with legs spread wide apart showing pussy – underage Lolita r_ygold pthc ptsc ddogprn pedo tiybg cgukd sex oreteen hussyfan kiddie kiddy porn.jpg | This image depicts a prepubescent female wearing black knee-high stockings and a collar while her hands are bound together and her legs are bound apart with yellow rope, exposing her genitals to the camera, which are the focus of the image. |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Upon conviction of the offense alleged in this Indictment, the defendant, **Alexander Nathan Barter**, shall forfeit to the United States his interest in the following property, including, but not limited to:

1. RCA tablet computer, bearing FCCID #ACHRCT6873W and containing a 32GB micro SD card.
2. Apple iPod Touch 6G, bearing serial number CCQSJ15BGGNJ.
3. Alcatel A382G cellular phone, bearing IMEI #013090004955676.

This property is forfeitable pursuant to 18 U.S.C. §§ 2253(a)(1) and (a)(3), and 18 U.S.C. §§ 2428(a)(1) and 2428(b)(1)(A) based upon the property being:

(1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2422(b), 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1), and 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2);

By virtue of the commission of the offense alleged in this Indictment, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §§ 2253(a)(1) and (a)(3), 18 U.S.C. §§ 2428(a)(1), 2428(b)(1)(A), and 28 U.S.C. § 2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____  for          Date: 11/14/18
MARISA J. MILLER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 9:18CR |
| | § | Judge |
| ALEXANDER NATHAN BARTER | § | |

## NOTICE OF PENALTY

### Count One

Violation:        18 U.S.C. § 2422(a)

Penalty:          Imprisonment for not more than twenty years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

### Count Two

Violation:        18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)

Penalty:          Imprisonment for not more than ten years; but if any image of child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, such person shall be imprisoned for not more than twenty years; and, if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than ten years and not more than twenty years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

<u>Special Assessment</u>: $100.00