IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 9:18CR42 |
| v. | § | Judge Clark |
| | § | |
| ALEXANDER NATHAN BARTER | § | |

## ELEMENTS OF THE OFFENSE

The defendant, **Alexander Nathan Barter (Barter)**, is charged in Counts Two and Four of the First Superseding Indictment with violating 18 U.S.C. § 2422(a) (Attempted Coercion and Enticement) and 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (Distribution of Child Pornography and Attempt).  The elements of the offense that the government must prove beyond a reasonable doubt, but that **Barter** would admit if his pleas are accepted, are:

**Count Two: Attempted Coercion and Enticement**

*18 U.S.C. § 2422(a)*
1. The defendant knowingly attempted to persuade, induce, entice or coerce any individual to travel in interstate or foreign commerce; and

2. The purpose of the travel was for the individual to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, including a violation of Texas Penal Law Section 22.021.

**Count Four: Distribution of Child Pornography and Attempt**

*18 U.S.C. § 2252A(a)(2)(A)*
1. The defendant knowingly distributed an item(s) of child pornography, and attempted to distribute an item(s) of child pornography, as alleged in the First Superseding Indictment;

2. The item(s) of child pornography had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; and

3. When the defendant distributed the item(s), the defendant knew the item(s) were child pornography.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

/s/
Marisa J. Miller
Assistant United States Attorney
New York Bar No. 4366415
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972)509-1201
(972)509-1209 (fax)
Marisa.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic filing to opposing counsel on December 16, 2019.

/s/
Marisa J. Miller
