| | | | |
|---|---|---|---|
| DATE | September 17, 2020 | CASE NUMBER | 9:18cr42(1) |
| LOCATION | BEAUMONT DIVISION | USA | Marisa Miller    Assigned |
| JUDGE | MICHAEL J. TRUNCALE | VS | "                       Appeared |
| DEPUTY CLERK | Jill Veazey | | |
| RPTR/ECRO | Chris Bickham | | ALEXANDER NATHAN BARTER |
| USPO | Kyle Roebuck | | Defendant |
| INTERPRETER | | | John McElroy |
| BEGIN | 2:27 | | Attorney |
| Adjourn | 5:12 | | |

Total In-Court Time:  **2 HRS  45 MINS**

## SENTENCING

✓ Sentencing held           ☐ Sentencing called
☐ Court adopts presentence report     ✓ Court Accepts Plea Agreement
✓ Plea Agreement UNSEALED pursuant to Local Rule CR-49
✓ Court adopts presentence report w/exception of: granted a variance

| CT | CUSTODY | FINE | PROB | REST | SUP/REL | SP/ASSESS |
|---|---|---|---|---|---|---|
| 2 | 240 Months | Waived | ---- | ---- | LIFE | $100.00 |
| 4 | 240 Months | | | | LIFE | $100.00 |
| 1st SS Ind | To be served CS | | | | To run CC | T = $200.00 |

**SPECIAL CONDITIONS:**

✓ . . . . . .   Shall abide by **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.

✓ . . . . .    Dft shall comply with the mandatory and special conditions as set forth in the Presentence Report.

✓ . . . . . .   Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.

✓ . . . . . .   Dft remanded to the USM.         ☐ Denial of ALL  Federal benefits for a period of       years
☐ . . . . . .   Dft ordered to surrender                to    ☐ USM    ☐ designated institution.
☐ . . . . . .   Bond continued ☐ previous bond in this case  $          type _____ ☐ other case No.
✓ . . . . . .   Oral Motion - Govt - to Dismiss All Remaining Counts
✓ . . . . . .   Oral Order - Granted  - All Remaining Counts are dismissed
☐ . . . . . .   Dft failed to appear     ☐ Order for arrest warrant   ☐ bond forfeited.
✓ . . . . . .   **Dft advised of right to appeal and apply for court appointed counsel.**

☐ See reverse/attached for additional proceedings

CASE NO.    9:18cr42(1)                      USA vs.   Alexander Nathan Barter                                Page 2

ADDITIONAL PROCEEDINGS:

2:27    Court begins.  Parties make announcements.  Court addresses parties.

2:40    Mr. McElroy addresses Court and states argument regarding deft's sentencing memorandum.

2:53    Ms. Miller responds and addresses Court regarding Govt's sentencing memorandum and request for variance.

2:56    Ms. Miller calls Special Agent   ?? Dossett to testify.  Witness sworn. Direct by Ms. Miller.

3:05    Cross-exam by Mr. McElroy.  3:06 Witness excused.  Ms. Miller calls James Fottrell to testify.  Witness sworn.  Direct by Ms. Miller.

3:44    Cross-exam by Mr. McElroy.  3:50 Court addresses witness. 3:53 Re-direct by Ms. Miller. Witness excused.  3:56 Ms. Miller addresses Court and continues argument regarding Govt's sentencing memorandum and request for variance.

4:05    Mr. McElroy responds.  Court recessed.

4:46    Court resumed.  Court addresses parties. Deft addresses Court.  Ms. Miller addresses Court.

4:48    Court addresses sentence.